419 A.2d 196

Commonwealth v. Brown, Sr., Appellant.

 Argued March 19, 1979. John F. Pyfer, Jr., for appellant; E. J. Browne, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.

SPAETH, J. concurred in the result.